PROB 12C
(6/16)

Report Date: June 20, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 20, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Dominic Randall       Case Number: 0980 1:15CR02058-SAB-1

Address of Offender:            Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 29, 2016

Original Offense:     Abusive Sexual Contact with a Child, 18 U.S.C. § 2244(a)(3)

Original Sentence:    Prison - 24 months; TSR - 120 months       Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Thomas J. Hanlon          Date Supervision Commenced: February 15, 2018

Defense Attorney:     Alex B. Hernandez, III    Date Supervision Expires: February 14, 2028

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1  **Standard Condition #12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about the defendant's living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: From June 2, 2018 through June 7, 2018, Mr. Randall failed to live at a place approved by the probation officer.

Mr. Randall's conditions were reviewed with him on February 15, 2018. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 12, as noted above.

On May 22, 2018, Mr. Randall reported to the United States Probation office and reported he had been staying at Noah's Ark in Wapato, Washington, which is a homeless shelter. Mr. Randall was advised he needed to sign in on the nightly log so the undersigned could verify he was staying there. On June 13, 2018, the undersigned made contact with a staff member

at Noah's Ark and determined Mr. Randall had not logged in on the nightly form from June 2-7, 2018.

2  **Standard Condition #15**: The defendant must not communicate or interact with someone you know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: On or about May 22, 2018, Mr. Randall began a relationship with a female who had been convicted of a felony.

Mr. Randall's conditions were reviewed with him on February 15, 2018. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 15, as noted above.

On May 22, 2018, Mr. Randall reported to the United States Probation Office and stated he began a relationship with an old female friend. The undersigned instructed Mr. Randall to get her date of birth and address. Mr. Randall complied with this instruction and when the undersigned ran a criminal history report on the female, it was discovered she was a convicted felon with an outstanding warrant.

On June 13, 2018, the undersigned asked Mr. Randall for an update on his girlfriend. He stated they were still together. The undersigned asked Mr. Randall if she had any criminal history; Mr. Randall stated, yes. The undersigned asked Mr. Randall is she was a felon. He stated, yes; and said she had an issue in Oregon. Mr. Randall did not request permission to begin a relationship with a felon.

3  **Special Condition #20**: The defendant shall actively participate and successfully complete an approved state-certified sex offender treatment program. The defendant shall follow all lifestyle restrictions and treatment requirements of the program. The defendant shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. The defendant shall allow reciprocal release of information between the supervising officer and the treatment provider. The defendant shall pay for treatment and testing according to his ability.

**Supporting Evidence**: On June 4, 11, and 18, 2018, Mr. Randall failed to report to sex offender treatment as directed.

Mr. Randall's conditions were reviewed with him on February 15, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition number 20, as noted above.

On April 30, 2018, Mr. Randall completed a sex offender evaluation with Ken Schafer and Associates and it was recommended he begin weekly treatment sessions with Ken Schafer. Mr. Randall attended his initial treatment session on May 29, 2018. On June 19, 2018, the undersigned received an email from Ken Schafer which stated Mr. Randall was a no call/no show for his treatment sessions on June 4, 11, and 18, 2018, and at this time he was considered not in compliance with the treatment requirements.

Prob12C
**Re: Randall, Franklin Dominic**
**June 20, 2018**
Page 3

    4       **<u>Standard Condition #18</u>**: The defendant must follow the instructions of the probation officer related to the conditions of supervision.

              **<u>Supporting Evidence</u>**: Mr. Randall failed to report to the United States Probation Office on June 18 and 19, 2018, as instructed.

              Mr. Randall's conditions were reviewed with him on February 15, 2018. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 18, as noted above.

              On June 13, 2018, Mr. Randall reported to the probation office. He was instructed to report next on June 18, 2018. On June 18, 2018, Mr. Randall failed to report as directed. The undersigned sent him a text message directing him to report by 1 p.m. on June 19, 2018. Mr. Randall failed to report by 1 p.m. on June 19, 2018.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

              I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 20, 2018.

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*Stanley A. Bastian*

Signature of Judicial Officer

June 20, 2018

Date