PROB 12C
(6/16)

Report Date: August 14, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 14, 2019**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Dominic Randall          Case Number: 0980 1:15CR02058-SAB-1

Address of Offender:              Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 29, 2016

| | |
|---|---|
| Original Offense: | Abusive Sexual Contact with a Child, 18 U.S.C. § 2244(a)(3) |
| Original Sentence: | Prison - 24 months; TSR - 120 months |  Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |  Date Supervision Commenced: February 15, 2018 |
| Defense Attorney: | Alex B. Hernandez, III |  Date Supervision Expires: February 14, 2028 |

---

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceeding with the violations previously reported to the Court on June 20, 2018.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Standard Condition #1**: The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Randall is alleged to have been arrested on August 10, 2019, for assault with a deadly weapon, in violation of Revised Yakama Code (RYC) 10.01.10.

Mr. Randall's conditions were reviewed with him on February 15, 2018.  He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 1, as noted above.

According to the Yakama Nation Police (YNP) narrative report for incident 19-007025, the following occurred: On August 10, 2019, at approximately 4:20 p.m., YNP was dispatched to 117 East 2nd Street in Wapato, Washington, for a fight in progress.  When YNP arrived, Mr. Randall was already detained by an officer from the Wapato Police Department.

YNP contacted Mr. Randall and Mr. Randall stated that it was self-defense and he did not want to talk anymore.  YNP then spoke with three witnesses and all the witnesses stated Mr.

Prob12C
**Re: Randall, Franklin Dominic**
**August 14, 2019**
**Page 2**

Randall threatened the victim with a knife and a pair of scissors. Mr. Randall then grabbed a mop handle and hit the victim with it. The victim received a laceration on his abdomen and a small laceration on his right wrist from being hit with the mop handle.

Paramedics were called to the location of the assault and checked the victim's injuries. The victim stated he did not need any further medical assistance. Mr. Randall was arrested and taken to the Yakama Nation Jail. At the time this report was written Mr. Randall remains in custody. His next court date is unknown.

6      **Special Condition # 22**: The defendant shall not enter into or remain in any establishment where alcohol is the primary item of sale. The defendant shall abstain from alcohol and shall submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mr. Randall consumed alcohol on or about July 18, 2019.

Mr. Randall's conditions were reviewed with him on February 15, 2018. He signed his judgment acknowledging an understanding of his conditions which includes special condition 22, as noted above.

On July 22, 2019, Mr. Randall reported to probation as directed. During the office visit Mr. Randall admitted to consuming alcohol on July 18, 2019. Mr. Randall signed an alcohol use admission form, acknowledging he consumed alcohol.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 20, 2018, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 14, 2019

s/Phil Casey

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Randall, Franklin Dominic**
**August 14, 2019**
**Page 3**

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[X]    Offender to appear before the Judge assigned to the
        case.
[  ]    Offender to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer
08/14/2019
_____
Date