PROB 12C
(6/16)

Report Date: May 12, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Dominic Randall                Case Number: 0980 1:15CR02058-SAB-1

Address of Offender:                     Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: September 29, 2016

Original Offense:      Abusive Sexual Contact with a Child, 18 U.S.C. § 2244(a)(3)

Original Sentence:     Prison - 24 months;          Type of Supervision: Supervised Release
                       TSR - 120 months

Revocation Sentence:   Prison - 6 months;
(11/06/2019)           TSR - 108 months

Asst. U.S. Attorney:   Thomas J. Hanlon             Date Supervision Commenced: November 27, 2019

Defense Attorney:      Alex B. Hernandez, III       Date Supervision Expires: November 26, 2028

---

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1                   **Special Condition # 8**: You must actively participate and successfully complete an approved state-certified sex offender treatment program. You must follow all lifestyle restrictions and treatment requirements of the program. You must participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You must allow reciprocal release of information between the supervising officer and the treatment provider. You must pay for treatment and testing according to your ability.

                    **Supporting Evidence**: Mr. Randall is considered to be in violation of his conditions of supervised release by failing to attend sex offender treatment by May 5, 2020.

                    Mr. Randall's conditions were reviewed with him on December 6, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 8, as noted above.

                    On April 6, 2020, the undersigned officer instructed Mr. Randall to contact Ken Schafer and Associates for the purpose of commencing his sex offender treatment, which he did.

Prob12C
# Re: Randall, Franklin Dominic
May 12, 2020
Page 2

On April 28, 2020, follow up contact with the provider was made. Mr. Randall received instructions to schedule his telephone treatment appointments in advance, which he has failed to do.

On May 5, 2020, the undersigned officer confronted Mr. Randall via telephone in regard to his lack of scheduling his sex offender treatment, which the offender denied being aware of instructions for scheduling treatment appointments. As a result, Mr. Randall has failed to attend sex offender treatment as directed.

2    **Special Condition #10**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Randall is considered to be in violation of his conditions of supervised release by failing to attend drug and alcohol treatment on May 5, 2020.

Mr. Randall's conditions were reviewed with him on December 6, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 10, as noted above.

On April 1, 2020, Merit Resource Services (Merit) reported the offender failed to attend drug and alcohol treatment on March 23, 2020, and if Mr. Randall did not contact Merit, his file would be closed. On April 6, 2020, the undersigned officer confronted the offender, instructing him to contact Merit, which he did.

On April 14, 2020, via a virtual home contact, Mr. Randall reported he was scheduled to attend virtual drug and alcohol group on that date, which he failed to attend. During follow up contact with the offender on April 21, 2020, Mr. Randall reported his phone was damaged, rendering him unable to attend drug and alcohol treatment. The undersigned officer instructed the offender to contact Merit for instructions on attending treatment, to include securing a new cellular phone, which he failed to do in the time provided.

On April 28, 2020, Mr. Randall verbally admitted he did not contact Merit. The offender received a verbal reprimand, was provided Merit's contact information and was instructed to contact the provider once again. A follow up telephone call to Merit was made on April 30, 2020. A Merit counselor confirmed the offender made contact and provided instructions on how he can obtain a new phone for treatment, which Mr. Randall failed to follow as of the date this report was written.

On May 5, 2020, the undersigned officer confronted Mr. Randall about reports he has not followed the instructions of his Merit counselor, which he denied receiving. The offender verbally admitted he has not attended drug and alcohol treatment, continuing to cite a lack of telephone as the reason.

Prob12C
**Re: Randall, Franklin Dominic**
**May 12, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

5/13/2020
Date