PROB 12C
(6/16)

Report Date:  June 4, 2020

# United States District Court

### for the

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 05, 2020**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Dominic Randall          Case Number: 0980 1:15CR02058-SAB-1

Address of Offender:                    Wapato, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, United States District Judge

Date of Original Sentence: September 29, 2016

| | | |
|---|---|---|
| Original Offense: | Abusive Sexual Contact with a Child, 18 U.S.C. § 2244(a)(3) | |
| Original Sentence: | Prison - 24 months;<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(November 6, 2019) | Prison - 6 months;<br>TSR - 108 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: November 27, 2019 |
| Defense Attorney: | Federal Defenders | Date Supervision Expires: November 26, 2028 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on May 12, 2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #11**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Randall is considered to be in violation of his conditions of supervised release by consuming methamphetamine on May 19, 2020. |
| | Mr. Randall's conditions were reviewed with him on December 6, 2019.  He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 11, as noted above. |
| | On May 19, 2020, the undersigned officer conducted an unscheduled home contact with Mr. Randall.  A urinalysis sample was collected from the offender, which returned presumptive positive for methamphetamine.  Mr. Randall was confronted regarding methamphetamine |

Prob12C
**Re: Randall, Franklin Dominic**
**June 4, 2020**
**Page 2**

use which he adamantly denied.  The specimen was sent to Alere Toxicology Services (Alere) for confirmation . On May 25, 2020, Alere confirmed the sample returned positive for the presence of methamphetamine.

4    **Special Condition #11:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Randall is considered to be in violation of his conditions of supervised release by consuming marijuana on May 19, 2020.

Mr. Randall's conditions were reviewed with him on December 6, 2019. He signed his conditions of supervision acknowledging an understanding of his conditions, which includes special condition number 11, as noted above.

On May 19, 2020, the undersigned officer conducted an unscheduled home contact with Mr. Randall. A urinalysis sample was collected from the offender, which returned presumptive positive for marijuana. The offender verbally admitted consuming marijuana. The specimen collected from the offender was sent to Alere for confirmation.  On May 26, 2020, Alere confirmed the sample returned positive for the presence of marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 4, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

**Prob12C**
**Re: Randall, Franklin Dominic**
**June 4, 2020**
**Page 3**


THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ X]    The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[  ]    Defendant to appear before the Judge assigned to the
        case.
[ X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

_____6/5/2020_____

Date